MAURICE S. KANBAR *v.* PETER J. BETSOS ET AL.
(12980)

LAVERY, FREEDMAN and SPEAR, Js.
Argued May 31—decision released June 28, 1994

*Peter J. Betsos,* pro se, with whom, on the brief, was *Dolores E. Betsos,* pro se, the appellants (defendants).

*Joel Z. Green,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.